# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BLOUNT BROS. CONSTRUCTION, LLC

VERSUS

STATE OF LOUISIANA-
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT, FIDELITY &
DEPOSIT COMPANY OF MARYLAND,
ZURICH AMERICAN INSURANCE
COMPANY, JANICE WILLIAMS AND
MIKE VOSBURG

NO.   2024 CW 0944

JANUARY 13, 2025

---

In Re:   Blount Bros. Construction, LLC, Blount Holdings, Inc., Blount Bros. Construction, Inc., KHCD Properties, LLC, Aggregate Properties, LLC and C. Denzil Blount applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 662319.

---

BEFORE:   THERIOT, HESTER, AND EDWARDS, JJ.

**WRIT GRANTED.** La. Code Civ. P. art. 966(A)(4)(b) permits a party seeking summary judgment to specifically reference documents previously filed into the record, but requires movant to list with the motion the document by title and date of filing and concurrently with the filing of the motion furnish the court and opposing party with a copy of the entire document with the pertinent part designated and the filing information. On *de novo* review, we find it undisputed that movant failed to comply with that requirement. Consequently, there was no admissible summary judgment evidence before the trial court to support the motion. See **Bonano v. Docar Sales, Inc.**, 2024-0195 (La. App. 1st Cir. 10/22/24),___So.3d ___, 2024 WL 4541269. Accordingly, that portion of the trial court's July 30, 2024 judgment granting the motion for partial summary judgment filed by Fidelity and Deposit Company of Maryland is reversed, and the motion for partial summary judgment is denied.

MRT
CHH
BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT